FILED: June 8, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1626
(1:16-cv-01146-CMH-IDD)

_____

BARBARA SOPKIN, Citizen of Israel in Her Capacity as Assignee of Lucre Investments Ltd, General Partner of Interlase Limited Partnership, a Georgia Limited Partnership, and in a Derivative Action for Interlase Limited Partnership

      Plaintiff - Appellant

v.

JILL C. MENDELSON, Executor of Estate of Richard S. Mendelson, Deceased; RICHARD S. MENDELSON TRUST, H. Carter Land III, Trustee; LAND CLARK CARROLL BLAIR, P.C., f/k/a Land Clark Carroll Mendelson Blair P.C.; JOHN TOOTHMAN, Attorney; MADELINE TRAINOR, Attorney; H. JASON GOLD, Attorney; ANN N. KATHAN

      Defendants - Appellees

 and

JOHN DOES 1-5, Trustees of Richard S. Mendelson Trust

      Defendant

_____

O R D E R

_____

Upon consideration of appellee H. Jason Gold's unopposed motion to file a separate response brief, not to exceed 6,500 words, the court grants the motion.

The court grants the motion to permit appellant to file a reply brief not to exceed 9,750 words.

For the Court

/s/ Patricia S. Connor, Clerk