**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 9, 2017

_____

DOCKET CORRECTION NOTICE
_____

No. 17-1626,   Barbara Sopkin v. Jill Mendelson
              1:16-cv-01146-CMH-IDD

TO:    John S. Lopatto, III

BRIEF OR CERTIFICATE CORRECTION DUE:  August 14, 2017

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "**Corrected**" as a modifier if the correction requires the refiling of the electronic brief. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

---

[✓] Appellant's Opening Brief may not exceed 13,000 words. The certificate of compliance should reflect the word count that excludes parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments).

  Note: If a corrected certificate remedies the requested correction, only the corrected certificate need be filed in lieu of a corrected brief or an appropriate motion to exceed length limitations.

Amy L. Carlheim, Deputy Clerk
804-916-2702