FILED:  August 24, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1626
(1:16-cv-01146-CMH-IDD)

_____

BARBARA SOPKIN, Citizen of Israel in Her Capacity as Assignee of Lucre
Investments Ltd, General Partner of Interlase Limited Partnership, a Georgia
Limited Partnership, and in a Derivative Action for Interlase Limited Partnership

                Plaintiff - Appellant

v.

JILL C. MENDELSON, Executor of Estate of Richard S. Mendelson, Deceased;
RICHARD S. MENDELSON TRUST, H. Carter Land III, Trustee; LAND,
CARROLL & BLAIR, P.C., f/k/a Land Clark Carroll Mendelson Blair P.C.;
JOHN TOOTHMAN, Attorney; MADELINE TRAINOR, Attorney; H. JASON
GOLD, Attorney; ANN N. KATHAN

                Defendants - Appellees

 and

JOHN DOES 1-5, Trustees of Richard S. Mendelson Trust

                Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 09/21/2017

Separate response brief by H. Jason Gold due: 10/02/2017

Any reply brief due: 10/16/2017.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk